1018

No. 86–1481.  HOLLOWAY ET UX. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 86–1486.  TIMMERMANN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 86–1489.  MELLETT *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 86–1494.  SORISE *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 86–1500.  MOBLEY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–1504.  TRANOWSKI *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 86–1525.  RESTREPO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–5959.  LOVETT *v.* DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 86–5960.  ANDREWS *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 86–5967.  VINCENT *v.* BLACKBURN, WARDEN.  30th Jud. Dist. Ct. La., Vernon Parish.  Certiorari denied.

No. 86–6042.  HOWELL *v.* DALLAS COUNTY CHILD WELFARE UNIT.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 86–6085.  BROOKS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 86–6114.  PRICE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 86–6163.  GRAYSON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 86–6170.  STOCKHEIMER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 86–6233.  RODRIGUEZ *v.* SCHWEIGER ET AL.  C. A. 7th Cir.  Certiorari denied.